SAWER GLOWACKY, ADMINISTRATOR AD PROSEQUEN-
DUM OF THE ESTATE OF MICHAEL GLOWACKY, DE-
CEASED, PLAINTIFF, v. SHEFFIELD FARMS COMPANY,
INCORPORATED, DEFENDANT.

Submitted May 12, 1933—Decided October 3, 1933.

Before Justices PARKER, LLOYD and PERSKIE.

For the plaintiff, *Alexander Simpson*.

For the defendant, *Autenrieth, Gannon & Wortendyke*.

PER CURIAM.

In 1926 there was a reversal by this court of a judgment
for the plaintiff in the Common Pleas Court of Hudson
county, the *remittitur* being that the case "be proceeded with
according to law and the practice of said court." No final
judgment was rendered in the Supreme Court. In the mean-
time on appeal from this judgment of reversal to the Court
of Errors and Appeals it was affirmed and the record was
remitted to the Supreme Court in 1927.

There the record remained until March 4th, 1933, when a
new judment of reversal was entered and a *remittitur* taken
out sending the case back to the Common Pleas to be pro-
ceded with in accordance with said judgment and the prac-
tice of that court.

The present motion is that the Supreme Court direct the
Common Pleas of Hudson county to enter judgment for the
defendant. This court is without jurisdiction. The case in
question is out of this court by virtue of the *remittitur*.
There was no final judgment in this court and no order from
this court which has been disobeyed, and we cannot in this

summary way direct the course of action in the trial court. The Court of Common Pleas is entitled to proceed to judgment in the cause. From final judgment an appeal will lie when all the errors or failures below can be reviewed.

The motion is denied, with costs.